**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 38 MAL 2019

                         Respondent   :

                                     :   Petition for Allowance of Appeal from
                                   :   the Order of the Superior Court

                         v.                 :

                                     :

JAMES S. WILLIAMS II,           :

                                 :

                      Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.